3771

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DOCTOR JOHN DOE, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 11-cv-07814 |
| | ) |
| | ) |
| GOOGLE, INC., | ) Honorable Virginia M. Kendall |
| | ) |
| Defendant. | ) |

## NOTICE OF DISMISSAL

NOW COMES the Plaintiffs, DOCTOR JOHN DOE, et al., through their counsel, DAVID A. NOVOSELSKY and NOVOSELSKY LAW OFFICES, and for their Notice of Dismissal of all Plaintiffs claims against Defendant GOOGLE, INC. pursuant to Federal Rule of Civil Procedure 41 without prejudice and with each party to bear its own costs, states as follows:

On November 3, 2011 counsel for Plaintiffs received notice that this case was removed to the United States District Court for the Northern District of Illinois from the Circuit Court of Cook County Law Division.

Since Defendant Google, Inc. has not filed a dispositive motion and has not responded to the Complaint or counterclaimed against it as of the docket effective 3:45 pm on November 4, 2011, pursuant to FRCP 41 Plaintiffs may voluntarily dismiss their claims against Defendant Google, Inc.

WHEREFORE, Plaintiffs give Notice of their dismissal of all their claims against Defendant Google, Inc. without prejudice and with all parties to bear their own costs pursuant to FRCP 41, and to the extent necessary, respectfully request that this Honorable

Court grant Plaintiffs' leave to dismiss all their claims against Defendant Google without prejudice and with all parties to bear their own costs pursuant to FRCP 41 and that this Honorable Court provide such other and further relief as it deems just and appropriate.

Respectfully submitted,

By: /s/ David A. Novoselsky

David A. Novoselsky (ARDC #02069881)
Edward J. Stawicki (ARDC #6287471)
NOVOSELSKY LAW OFFICES
120 North LaSalle, Suite 1400
Chicago, Illinois 60602
(312) 346-8930