3771

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| DOCTOR JOHN DOE, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.  11-cv-07814 |
| | ) | |
| | ) | |
| GOOGLE, INC., | ) | Honorable Virginia M. Kendall |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

**TO:    All Counsel of Record**

 PLEASE TAKE NOTICE that on November 4, 2011, we filed **Plaintiffs' Notice of Dismissal** with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division at 219 South Dearborn Street, Chicago, Illinois 60604, a copy of which is attached and herewith served upon you.

      Respectfully submitted,

      By: /s/ David A. Novoselsky

David A. Novoselsky (ARDC #02069881)
Edward J. Stawicki (ARDC #6287471)
NOVOSELSKY LAW OFFICES
120 North LaSalle, Suite 1400
Chicago, Illinois 60602
(312) 346-8930

### CERTIFICATE OF SERVICE

 I, David A. Novoselsky, an attorney, hereby certify that I served a copy of the foregoing Notice of Filing and documents referred to therein to all parties of record, electronically on November 4, 2011, pursuant to ECF as to Filing Users and in compliance with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

      By: /s/ David A. Novoselsky